

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

OMAR J. SIDDIQI
Assistant Corporation Counsel
Phone: (212) 356-2331
Fax: (212) 356-1148
Email: osiddiqi@law.nyc.gov

May 16, 2014

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11205

   Re: <u>Nick Gordon v. City of New York et al.</u>, 14-CV-1432 (JBW) (RML)

Your Honor:

  I am the Assistant Corporation Counsel assigned to represent the City of New York ("City") in the above-referenced matter. I write to update the Court with regard to the status of the Civilian Complaint Review Board ("CCRB") investigation into the allegations underlying this matter.

  The undersigned spoke to a CCRB investigator yesterday who stated that the investigation is still open and that there is no definite date set for its completion.

  Defendant thanks the Court for its attention to this matter.

              Respectfully submitted,

              /S
              Omar J. Siddiqi
              Assistant Corporation Counsel

cc: Baree N. Fett (By ECF)
   *Attorney for Plaintiff*